FILED

08 MAR 12 PM 4: 36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ **08 CR 0729  BEN** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| IVAN ESTRADA-CAJIGAL, | |
| Defendant. | |

The grand jury charges:

On or about February 14, 2008, within the Southern District of California, defendant IVAN ESTRADA-CAJIGAL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

NAJ:nlv:San Diego
3/10/08

1    It is further alleged that defendant IVAN ESTRADA-CAJIGAL was

2  removed from the United States subsequent to August 2, 2004.

3    DATED: March 12, 2008.

4                                        A TRUE BILL:

5

6                                        Foreperson

7

8  KAREN P. HEWITT
   United States Attorney

9

10  By:

11     NICOLE A. JONES
       Assistant U.S. Attorney

2